IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| THE STATE OF GEORGIA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 112-179 |
| MINISTER AJANI NASIR ALI, | ) ) ) | |
| Defendant. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, Defendant's motion to proceed *in forma pauperis* is **DEEMED MOOT**, and this civil action is **CLOSED**.

SO ORDERED this ___ day of January, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA